IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD DAVEY CASSELL                                                      PLAINTIFF

v.                          No. 5:14-cv-403-DPM-JJV

RAY HOBBS, Director, ADC; CORRECT CARE
SOLUTIONS, LLC; and CORIZON, INC.                                     DEFENDANTS

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Hobbs's motion for summary judgment, № 4, is granted. Cassell has failed to exhaust his administrative remedies. Cassell's claims against Hobbs are dismissed without prejudice. So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
8 January 2015