IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD DAVEY CASSELL                                          PLAINTIFF

v.                         No. 5:14-cv-403-DPM

CORRECT CARE SOLUTIONS, LLC; and
CORIZON, LLC*                                                 DEFENDANTS

ORDER

Unopposed recommendation, № 33, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 27, is granted.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge
20 October 2015

---

* "Corizon, LLC" is the correct name for "Corizon, Inc." The Court directs the Clerk to amend the docket accordingly.