IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD DAVEY CASSELL                                                  PLAINTIFF

v.                          No. 5:14-cv-403-DPM

RAY HOBBS, Director, Arkansas Department
of Correction; CORRECT CARE SOLUTIONS,
LLC; and CORIZON, LLC                                                 DEFENDANTS

## JUDGMENT

1. Cassell's claims against Hobbs and Correct Care Solutions, LLC, are dismissed without prejudice for failure to exhaust.

2. Cassell's claims against Corizon, LLC, are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge
20 October 2015